Argued and submitted April 25, affirmed May 23, reconsideration denied August 22, petition for review allowed by opinion October 4, 1990
See 310 Or 419 (1990)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES ALLEN CLARKE,
*Appellant.*

(CR9-1954-JT; CA A62281)

791 P2d 864

Henry M. Silberblatt, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Acting Public Defender, Salem.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Affirmed. *State v. Ben,* 97 Or App 640, 777 P2d 1001, *rev allowed* 308 Or 465 (1989).